**Order entered February 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00029-CV

### NICHOLAS WESTERMAN, Appellant

### V.

### POST HEIGHTS, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05822-A**

## ORDER

By letter filed January 31, 2019, court reporter Cathye Moreno informed the Court no reporter's record exists in this case. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file his brief on the merits no later than March 18, 2019.

/s/ ERIN A. NOWELL
   JUSTICE